GARY M. RESTAINO
United States Attorney
District of Arizona
EMMA H. MARK
Assistant United States Attorney
Arizona State Bar No. 032249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: emma.mark@usdoj.gov
Attorneys for Plaintiff

```
                FILED ___   ___ LODGED
                RECEIVED ___ ___ COPY

                      MAR 1 4 2023

                CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
                BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Dwayne Ned Yazzie,<br><br>Defendant. | No. CR-23-8045-PCT-DJH (MTM)<br><br>**REDACTED**<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(6)<br>CIR - Assault Resulting in Serious Bodily Injury<br>Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(7)<br>CIR - Assault Resulting in Substantial Bodily Injury of a Child Under the Age of 16<br>Count 2<br><br>18 U.S.C. § 1153 and A.R.S. §§ 13-3623(B), 13-701, 13-702, and 13-801<br>CIR – Child Abuse<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about January 16, 2023, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DWAYNE NED YAZZIE, an Indian, did intentionally, knowingly, and recklessly assault the victim, S.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

**COUNT 2**

On or about January 16, 2023, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DWAYNE NED YAZZIE, an Indian, did intentionally, knowingly and recklessly assault the victim, Jane Doe, a child under the age of 16, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

**COUNT 3**

On or about January 16, 2023, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DWAYNE NED YAZZIE, an Indian, having care and custody of Jane Doe, a child under the age of 18, and under circumstances not likely to produce death or serious physical injury, intentionally, knowingly, and recklessly caused Jane Doe to suffer physical injury, and permitted her person and health to be injured, and caused and permitted Jane Doe to be placed in a situation where her person and health was endangered.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes, Sections 13-3623(B), 701, 702 and 801.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: March 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
EMMA H. MARK
Assistant U.S. Attorney